Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALI, <br> PLAINTIFF, <br> -vs- <br> OLIPHANT USA, LLC; TRANS UNION LLC, and DOES 1-10, inclusive, <br> Defendant. | Case No. <br> 2:23-cv-03147-SVW-AGR <br><br> **NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT TRANS UNION LLC.** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANT TRANS UNION LLC only. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** May 17, 2023        **Law Offices of Todd M. Friedman, P.C**

                    By: s/ Todd M. Friedman
                        Todd M. Friedman

## CERTIFICATE OF SERVICE

Filed electronically on May 17, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on May 17, 2023 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Todd M. Friedman Esq.
Todd M. Friedman