UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-03147-SVW-AGR | Date | May 17, 2023 |
|---|---|---|---|
| Title | Brandon Ali v. Oliphant USA LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER ADMINISTRATIVELY TERMINATING A DEFENDANT PENDING SETTLEMENT

The Court, having received the Notice of Settlement, as to defendant Trans Union LLC, filed May 17, 2023, terminates defendant Trans Union LLC only pending finalization of settlement. The parties shall proceed with the settlement as outlined in the notice. Should the settlement not be finalized within the designated time, the parties shall notify the Court, in writing, and request that the matter be restored to the active calendar.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |