Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALI,<br><br>Plaintiff,<br><br>vs.<br><br>OLIPHANT USA, LLC; TRANS UNION LLC; and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No. 2:23-cv-03147-SVW-AGR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF OLIPHANT USA, LLC,** *ONLY* |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant OLIPHANT USA, LLC, by and through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to Defendant OLIPHANT USA, LLC *only*. Each party shall bear its own costs and attorneys' fees.

///

///

///

///

Respectfully submitted June 6, 2023

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

By: /s/ Brett B. Goodman
Brett B. Goodman
Goodman Law Firm, APC
Attorney for Oliphant USA, LLC

### Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Defendant Oliphant USA, LLC and that I have obtained his authorization to affix his electronic signature to this document.

Dated: June 6, 2023

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman, Esq.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On June 6, 2023, I served a true copy of the Stipulation of Dismissal on all counsel of record via the ECF Filing System:

Executed on June 6, 2023.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiffs